UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMY DAVIS,

        Plaintiff,

    v.                          Case No. 13-10828

COMMISSIONER OF SOCIAL       HON. TERRENCE G. BERG
SECURITY,                     HON. DAVID R. GRAND

        Defendant.

_____/

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. 14)</u>

This matter is before the Court on Magistrate Judge David R. Grand's December 9, 2013 Report and Recommendation (Dkt. 14), recommending that Plaintiff's motion for summary judgment be DENIED, that Defendant's motion for summary judgment be GRANTED, and that the findings and conclusions of the Commissioner be AFFIRMED.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will,

therefore, accept the Magistrate's Report and Recommendation of December 9, 2013, as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of December 9, 2013, (Dkt. 14) is **ACCEPTED** and **ADOPTED**.  It is **FURTHER ORDERED** that Plaintiff's motion for summary judgment (Dkt. 9) is **DENIED**, Defendant's motion for summary judgment (Dkt. 13) is **DENIED**, and the findings and conclusions of the Commissioner are **AFFIRMED**.

SO ORDERED.

Dated:  January 24, 2014                            s/Terrence G. Berg
                                                     TERRENCE G. BERG
                                                     UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically submitted on January 24, 2014, using the CM/ECF system, which will send notification to all parties.

                                                     s/A. Chubb
                                                     Case Manager